| | |
|---|---|
| ~~Miami District Office~~ | Federal U.S. District Court - **Court** |
| ~~U.S. Equal Employment Opportunity Commission~~ | Southern District of Florida - Miami |
| ~~Miami Tower~~ | 400 N Miami Avenue |
| ~~100 S.E. 2nd Street, Suite, 1500~~ | Miami, Florida  33128 |
| ~~Miami, Florida  33131~~    ~~(786) 648-5790~~ | (305) 523-5100 |

~~USPS 7022 1670 000300857534/ 1st Claim#49581568  4/1/23~~     April 3 (reply 4), 2023 email from EEOC Miami District to send to US District
2nd claim #4981087-4/6/23

Director of Field Operations (DFO) Vernon Foret (former DFO Thomas Winkowski)
*Acting CBP Commission or Commissioner of HQ CBP (WA DC)
c/o Ms. Sally Derenoncourt (or Stacey Wright/Jennifer Novo)
DHS, U.S. Customs and Border Protection, **Agency**

| | |
|---|---|
| 909 S.E. 1st Avenue, Suite 968 | ~~March 21, 2023~~ April 10,2023 |
| Miami, Florida  33131 | Page 1 of 5 |
| 305) 810-5120 /5126 | (attachments) |

Marsha Payton, **Pro Se/Appellant/Incumbent-restore**

| | |
|---|---|
| ~~1957 Charleston House Way~~ | 500 Crowne Loop |
| ~~#7203~~ | #117 |
| ~~Holly Hill, Florida  32117~~ | Ormond Beach, Florida 32174 |
| | (386) 679-6402 |

**Marsha Payton, Appellant/Complainant**
**v.**
**U.S. Customs/ Customs and Border Protection, Agency**

**Case: EEOC OFO Appeal No. 2023000701** March 7, 2023 Decision on request for Reconsideration: Unemployment/Failure to Restore Marsha Payton to CBP, Agency (Federal OPM Civilian CSRS Restoration Rights 5 CFR 353.301a); Mgmt Prog Spec(Admin), GS-301-12 step 8 (9/15/2004) Unlawful (Employment) Discrimination – 29 CFR 1614
**Subject: Federal EEOC Miami District No. 510-2021-00195x December 8, 2021** Appeal remanded back to EEOC Miami District Office- Unlawful Discrimination - Retaliation-Fraud/hate crime, Prohibited Personnel Practices
**Type of Service – (CSRS) Work Place Violence:**  Miami Dade Police Department Incident report: #419705C August 2004  Simple Battery (P824395-2022);  OWCP-**ECAB** March 12, 2018, #17-0367;  OPM Data Breach and it Contractors  29 CFR 1614, Title VII of Civil Rights Act of 1964 (KKK) and 1991 (U.S. Citizenship) **Excepted v. Competitive**

---

*January 31, 2003 (see email) U.S. Customs Service, Miami DFO T. Winkowski got approval from HQ Assistant Commissioner (WA DC) to request  my Administrative assistance from the Seaport Directors Supervision, back to the DFO's Winkowski' (Brickell Plaza) supervision for the Presidential Department of Homeland Security (DHS) merger of 3 organizations Customs /Immigration/Agriculture forming Customs and Border Protection (CBP).  My EEOC complaint 150-2004-00165x Desk Audit, (#TD: 00-2345 Treasury Settlement Agreement) was temporarily overruled in the height of the Homeland Security Act November 2002 (September 11, 2001-War).  My supervision changed from Seaport Director to DFO February 12, 2003. July 2004 the CBP merger was complete by the issuance of the consolidated Standard of Conduct and Table of Penalties.  Instead of returning me back to Seaport Supervision, on **September 15, 2004**, the DFO Winkowski falsified my Removal (Fraudulent Removal) in retaliation of #TD: 00-2345 (former EEO Specialist, GS-260-12).  January 13, 2005, I Marsha Payton was prove innocent of the bogus Allegations at the U.S. Merit System Protection Board (MSPB) hearing AT-0752-05-0043-i-1, as the DFO "Boss" also confessed guilty of Retaliation/Fraudulent Removal.  Hence- Res Judicata, Innocent Marsha Payton pending Federal Restoration Rights back to CBP, Employer, Management Program Specialist (Admin), GS-301-12, step 8(WIGI July 25, 2004). (CBP has reorganized several times since the initial 2003 Realignment from the Department of the Treasury.)

**Federal Executive Board #ADR 005-030, February 17, 2005**:  (Attachment) January 19, 2005 Office Associate Chief of Counsel (OCC) acknowledgement my January 13, 2005 MSPB Innocence.  EEOC Recommendation to the CBP Agency to Settle after the January 13, 2005 MSPB Hearing AT-0752-05-0043-i-1.  February 17, 2005 received an Appointment letter from the Federal Executive Board.  February 24 / March 2005 - Failed EEOC ADR Mediation #005-030, 150-2005-00157x/ 00158x.  Guilty DFO Winkowski did not attend Mediation and OCC Attorney for CBP could only negotiate 60-day temporary retirement.  Neither OPM, OWCP, nor CBP has temporary CSRS Federal Retirement.  I was not qualified to Retire yet, as I was qualified/Eligible to be Restored back to CBP at #TD:00-2345/Seaport or paid at home while they investigated CBP (MPDP #419705C- Simple Battery….Merger - Civil- Service – Re organized). I did not get paid at home only run homeless, unemployed and Slandered/Malice.

August 2022, the Office of Personnel Management acknowledge "Notice of Summary" to OPM Data Breach and Its Contractors.

---

**Regional U.S. Merit System Protection Board serving Florida from Atlanta Georgia serving CBP in Florida:**

| | |
|---|---|
| Date of Separation/Federal Agency: | September 15, 2004, DHS Customs and Border Protection (former Treasury, U.S. Customs) |
| Position: | Management Program Specialist (Administrative), GS-301-12, Step 8 |
| Court Room Hearing: | MSPB Hearing at Miami, FL; U.S. Tax Court, Federal Building, 51 SW 1st Avenue, Courtroom 1524 |
| MSPB Docket: | January 13, 2005, U.S. MSPB AT-0752-05-0043-i-1, Marsha Payton v DHS Customs Border Protection |
| Result: | Innocent Marsha Payton Return back to CBP Agency (DFO Winkowski confess guilty - Retaliation/Fraud) |

## Re: EEOC District of Miami Appeal - CBP Federal Employer (Denial of Reconsideration)

From: marsha payton (bibleenoch@yahoo.com)

To: lisa.zita@cbp.dhs.gov; patrick.kokenge@eeoc.gov; brian.redar@cbp.dhs.gov; sally.a.derenoncourt@cbp.dhs.gov; stacey.wright@cbp.dhs.gov; jennifer.novo@cbp.dhs.gov; legis@eeoc.gov; crcl@eeoc.gov; cathy.funchess-fuller@eeoc.gov; annia.devereaux@eeoc.gov; april.g.jackson@cbp.dhs.gov; kimberlie.ross@cbp.dhs.gov; gydawn.r.harvey-tinch@cbp.dhs.gov; manuel.m.louis@cbp.dhs.gov

Cc: mpbibleenoch@gmail.com; mspb@mspb.gov; opm@girardsharp.com; britni.n.moses@cbp.dhs.gov; cbpeeocomplaintfiling@cbp.dhs.gov

Date: Monday, April 3, 2023 at 12:00 PM EDT

---

**7022 1670 0003 0085 7534 Re Delivery Requested to EEOC Miami District Office 29 CFR 1614**
"We were unable to deliver your package at 11:18 am on March 25, 2023 in MIAMI, FL 33131 because the business was closed.
We will redeliver on the next business day. No action needed."

April 3, 2023 ( Monday)
I, Marsha Payton am emailing you again because my attachment to EEOC Miami District, Florida (not EEOC OFO WA DC) was not filed in the EEOC public Portal, nor shown as received via U.S. Postal Service.

USPS delivery Tracking 7022 1670 0003 0085 7534 sent March 21, 2023 (Tuesday) anticipated delivery March 24 (Friday).

On Monday, March 27, 2023 I called EEOC Miami District. Mr. B. Ward said my package had not been received yet, and they/EEOC were not open on Sundays(?). Upon receive Mr. B.Ward Said he would give the package to Mr. P.Kokenge.
I acknowledged I recalled Mr. P. Kokenge's name because Mr. Kokenge responded to one of my Supreme Court Cases in what EEOC Jurisdiction and responsibilities are.
April 1, 2023 USPS showed no delivery yet (Certified mail//signature) and asked that the receiver/EEOC Mia request Redelivery.

I do not have CBP commissioners, CBP DFO, email, but I sent their letters via U.S.P.S. POC's please forward email to CBP contacts.
cc: also mailed to Treasury(TD:00-2345), OWCP, DHS, CBP Comm, CBP DFO. cc 4/3/23: TSP, MSPB, OPM Data Br
attachment: EEOCdre701.dre032123-03212023122236.pdf

Thank you, Marsha Payton, Pro Se, former CBP Employee, Management Program Specialist, (Admin), GS-301-12 step 8
1957 Charleston House Way, #7203, Holly Hill, FL 32117 (change of Address pending April/May 2023)

---

On Tuesday, March 21, 2023 at 01:03:29 PM EDT, marsha payton <bibleenoch@yahoo.com> wrote:

CBP DFO Vernon Foret point of contact Ms. Derenoncourt provided other name as contact: Manuel.M.Louis@cbp.dhs.gov
3/21/2023
On Tuesday, March 21, 2023 at 12:56:00 PM EDT, marsha payton <bibleenoch@yahoo.com> wrote:

> Dear EEOC Miami District office
> EEOC OFO 2023000701 Denial of Reconsideration ( 2005 ADR Mediation #005-030- Federal Executive Board)    March 21, 2023
>
> I am not Appealing my case to EEOC OFO, but to EEOC District office - Miami under 29 CFR 1614, Unlawful Discrimination Federal Employee CBP Miami.
> March 7, 2023 the EEOC OFO Denied the Reconsideration and acknowledge appeal to the District Court.
>
> I Marsha Payton a Federal Civilian, my former employer was/is Customs and Border Protection before the
> it case was adversely run Civil:   EEOC 150-2005-00157x and 00158x Miami
>
> I have asked the EEOC Digital/Technical support to Address my Employing Agency CBP, Customs and Border Protection, not just their Attorney Representatives who served as civil not Law. <u>Service Type- Federal Civilian:</u> As the CBP Attorney Representative adversely served as the gate was to my unlawful unemployment and unlawful discrimination for 18 years.
>    a. DFO CBP Miami (or delegated authority), Florida
>    b. Assistant Commissioner, HQ CBP, WA DC(or delegated authority), and
>    c. Commissioner, HQ CBP, WA DC.       (EEOC Legislative Branch??)
>
>     I am submitting my Appeal through the District Miami EEOC. Due the nature of my case, I am unable to log into EEOC public portal to upload my Appeal.
>         Also mailed via U.S. Postal Service 3/21/2023. (Mailing address is anticipated to change in April 2023, will update then)
>
>
>     Marsha Payton


EEOCdre701.dre032123-03212023122236.pdf
2.7MB

April 1, 2005 State hearing decision 2005-15253F: AWI, now FDEO (Florida Department of Economic Opportunity), Denied my Unemployment Compensation and Reinstated me back to my Federal Employer CBP, Agency(Department of the Treasury, U.S. Customs). DFO Winkowski and OCC Attorneys Denied my return.......acting as a gateway to Civil Rivals /Class Actions Administrative cases unjustly (I was already proven innocent) became Civil-District Cases (Title VII -KKK). 2007 Judge Ben Ami (OWCP/MSBP DC-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-i-1) said I was simply fired/unemployed in state, private, federal. (Slander)

June/July 2008 SSA Hearing at Jacksonville, Florida: 2008, 2017 and 2022, Denied SSI and Disability Retirement and return back to Federal Government – MSPB, CBP, EEO/EEOC.

December 10, 2020: EEOC v. CRCL.  I, Pro Se, Marsha Payton for the time I would have normally Opted to Retire (24 +16), I completed and submitted Federal CSRS Retirement paper to OPM-Boyers by way of my employer HQ CBP Agency during COVID-19 pandemic. (CBP Miami office was at Home during COVID-19). April 5, 2021, it was denied due to no restoration/ unemployed. Civil Rights Violation.

**WAIVER of COST:  Non Frivolous Cases**
OCC and 11th Appeals Court (Atlanta Georgia) (criminal/civil/agency) v. EEOC/CBP/State FL/DHS/MSPB/SSA/USACFC *(11 Appeals Court Atlanta Georgia is an Appellant court to the State District Courts of Florida, they adjudicate Criminal, Civil, and **Agency** Cases.  Satellite offices located in Miami and Jacksonville, FL.  I was Unemployed (No -Claim.) 18yrs pending Federal Restoration back to CBP, Employer, Management Program Specialist, GS-301-12.*

March 7, 2023 EEOC OFO No. 2023000701 Decision on Request for Reconsideration closed with 90-day Appeal to an Unlawful Discrimination and Failure to Restore to CBP as Res Judicata. U.S. District Court **(P0610)** and Request Counsel **(Z0815)**.  EEOC has jurisdiction over unlawful workplace discrimination for applicants, employees, and former employees, 29 CFR 1614.  EEOC No. 150-2005-00157x and 00158x strongly recommended ADR mediation EEOC (OWCP Injury/Race/nonmilitary/sex/prior EEO, etc); but failed when the guilty DFO Winkowski did not attend.  The EEOC Civil Rights office for Diversity and Inclusion WA DC covers EEOC employees, to include the Judge level as EEOC case 2023000701 reply from Ms. M. Kaplan who answered for Ms. Patricia McClair.  Their reply was that "*EEOC CR/DI do not have Jurisdiction over CBP, Agency*". However, their EEOC Judges are covered by CRCL (2015 CBP EEO Exec Dir Franklin Jones adverse reply HS CBP-00194-2020). January 13, 2005 the U.S. Merit System Protection Board found Marsha Payton Innocent of a Fraudulent removal by the CBP Director of Field Operations Thomas Winkowski.  Marsha Payton is eligible, qualified and, entitled to Federal Restoration Rights from September 15, 2004, as Management Program Specialist (Admin), GS-301-12 step 8(MSPB Res Judicata), OPM CSRS Retirement.

**Statement**: All of my EEOC hearing request have been closed in view of MSPB Res Judicata, innocent Marsha Payton
**Question**:   If all of my EEOC hearing has been cancelled in view of MSPB Res Judicata, why am I not restored yet?

**NO MILITARY SERVICE and  LEGAL FEDERAL CIVILIAN RESTORATION RIGHTS EEOC OFO 2023000701:**
**Acknowledgement Order(s) to Settle U.S. Merit System Protection Board Hearing AT-0752-05-0043-i-1**

**Z0815 (Counsel Request/Attorney v. Pro Se)**  Request for Attorney on my Behalf in view of Res Judicata. **NAACP, NELA, Public Defender, Military/USERRA, Firms/groups, WA DC Bar, Morgan/Morgan, Rue Ziffra, Georgia Bar, Florida Bar, County/State Bar(s), Request for Court appointed Attorney, many-etc. The Attorneys I found after being Court ordered either withdrew(OWCP) to be civil, or had to represent someone else (FRAUD/ USERRA).** March 7, 2023 EEOC OFO 2023000701 Decision on Request for Reconsideration provided Information on Rights to seek Counsel Attorney. 1st 20 years of my Federal Civilian Career, I work with Federal Attorney's and the U.S. Military in one capacity or another. I became the Victim of MERGER "Type of Service" (Federal Civilian) run homeless from gainful employment, unemployed, and unlawfully discriminated . January 13, 2005 to March 2023 (over 18years), I Marsha Payton have been Pro SE, since MSPB Judge determined when I could not find an Attorney to represent me at MSPB Court. I was proven innocent and won my case at the MSPB hearing. I am not an Attorney, not an Agent/Investigator. I held the position of Management Program Specialist (Admin) at CBP-Miami, Agency.   Pro Se Limitation after Attorneys went Civil: I am not permitted to Speak with **Labor and Employee Relations** (LER -Mr. Dorman) as Pro Se representative (OCC should), I am referred back to OCC when I speak to LER.LER also attended the January 13, 2005 MSPB Hearing – Res Judicata, where the DFO Winkowski confessed guilty -Retaliation/Fraud, proving my innocence. As a Pro Se representative I have been discriminated for wining my MSPB Court case against a Licensed Attorney. Being Pros Se does not allow me to speak with the Judge as the OCC Attorneys have in these cases. (Judge level was civil?) I cannot entry on the Federal Premises to represent myself to speak with HRM or Technical Service to process Restoration rights- SF-52/entry on duty with CBP, thus OCC, LER, or EEOC has to.  Although I could notify them (CBP Agency/Sheriff) I could not file a Lawsuit, but in view of Res Judicata that should done by Court(s). This

*2003 DHS CBP MERGER*
*March 6, 2001 TD:002345*

## SETTLEMENT AGREEMENT BETWEEN
## U.S. DEPARTMENT OF THE TREASURY,
## U.S. CUSTOMS SERVICE
## AND MARSHA PAYTON
### Treasury Department Case Numbers TD (#) 00-2087T & TD (#) 00-2345

This Agreement constitutes the full, complete, and final settlement of all differences, controversies, claims and issues between Marsha Payton ("Complainant"), EEO Specialist assigned to the South Florida CMC and the United States Department of the Treasury, United States Customs Service ("Agency") arising from the complaints of discrimination filed by the Complainant on December 18, 1999 and September 13, 2000 and known as Agency Case Numbers TD (#) 00-2087T and TD (#) 00-2345 respectively and any and all employment related claims that were raised or could have been raised prior to the effective date of this agreement.

1. In exchange for the promises of the Complainant contained in paragraphs 2.A through 2.C (below), the Agency agrees to immediately reassign Complainant, who is currently employed as an EO Specialist, GS 260-12, at the South Florida CMC, to a Management Program Specialist, GS 301-12, at the Miami Seaport.

2. In exchange for the promise of the Agency contained in paragraph 1 (above), the Complainant agrees to the following:

    A. The Complainant hereby agrees to withdraw the above-referenced Complaints with prejudice.

    B. The Complainant understands and agrees that this Agreement constitutes full and complete satisfaction of any and all claims against the Agency or its employees that may exist in any forum, whether judicial or administrative, with respect to the matter(s) that were raised or could have been raised by the Complainant in the Complaints. Further, the Complainant will not institute any further legal and/or administrative actions on the matter(s) that were raised or could have been raised in the above-referenced Complaints.

    C. Except as otherwise expressly provided for in this Agreement, the Complainant hereby expressly waives any rights or claims the Complainant possesses or may possess to any and all remedies, damages, back pay, attorney's fees and/or costs, interest, payments or benefits of any kind arising from the above-referenced Complaints and the matter(s) that were raised or could have been raised therein.

#295

would not have been needed if the Attorney's had not run my case unjustly CIVIL. Hence, I am pending the processing of Personnel Action on my behalf to be ordered by the Judge to the License Attorney representing CBP, Agency, HRM/ personnel, and place on payroll as CBP employee (MSPB Res Judicata).

**(P0610) EEOC Federal Civilian (MSPB/Res Judicata) NOT District Civil:** February 10, 2023, the U.S. Merit System Protection Board AT-4324-20-0483-i-1, replied to EEOC OFO 2023001876 in my Innocence Marsha Payton, Res Judicata CBP there is "No Claim to State" in a Civil Case in the U.S. District Courts in the U.S.A. As a Federal CBP Civil, Competitive Service, CSRS Retirement, Tenure 1, TSP, non-Bargaining, Divorced, Nonmilitary, etc. I qualified for my entry into the Federal Civilian Service and was eligible for all position held.

**Corrective Action:** You are receiving this Appeal EEOC OFO 2022000701 (EEOC Miami District 510-2021-000195x) because of full Legal Civilian Federal Restoration Rights(5 CFR 353.301a) Back to CBP. Unlawful employment Discrimination – Failure to Restore Marsha Payton in a corrective action from a Removal (Fraudulent), Management Program Specialist (Adm), GS-301-12. DHS has many Components. Customs and Border Protection(CBP) Agency is only one Agency or component under DHS. CBP is a Federal Civilian Law Enforcement Agency. I, Marsha Payton am a Federal Civilian and my entire career has been as a Civilian Non Military in both Military Agencies (Army) and Federal non Military agency.

1. **Compromised: DHS, CRCL was given the opportunity (15 days) to reply to CBP agency in EEOC OFO No 2023001876 in view of MSPB Res judicata/AT-4324-20-0483-i-1. There was no reply for DHS, CRCL. February 14, 2023,** I have asked the EEOC Digital/Technical support to Address my Employing Agency CBP, Customs and Border Protection, not just their Attorney Representatives who served as civil not Law. Service Type- Federal Civilian: As the CBP Attorney Representative adversely served as the gate was to my unlawful unemployment and unlawful discrimination for 18 years.
    a. DFO CBP Miami (or delegated authority), Florida
    b. Assistant Commissioner, HQ CBP, WA DC(or delegated authority), and
    c. Commissioner, HQ CBP, WA DC.       (EEOC Legislative Branch??)
2. **Compromised: December 2019 – April 2020** CBP Agency HS-CBP-00194-2020 Report of Investigation conducted, by the HQ CBP EEO WA DC Office (EEO Investigator /Specialist) has been provided as **Sanctioned from the OCC Miami Attorney/OCC** in EEOC 2023000701. **CONFLICT of Interest to normal CBP EEO procedures**: Because the CBP EEO Office staff (Executive Director R.Salazar) at WA DC had to conduct the CBP EEO Investigation Report. (former CBP Ex Dir Franklin Jones adverse Presidential reply 2015). PRO SE,I contacted CBP EEO WA DC. They said it was a conflict of interest and I had to see corrective action at other office/OCC as they were the adverse gateway). Res Judicata – Marsha Payton, Management Program Specialist(Adm), GS-301-12/step 8
3. **August 14, 2017 through September 19, 2018** (No. 17-13621- **Trial** v. Hearing – Res Judicata), I appealed Unemployment against CBP (DFO Winkowski guilty – Retaliation/Fraudulent Removal) under the Florida District and Appeals Court at 11th Appeals Court Atlanta Georgia. 11th Appeals ran my case <u>CIVIL</u> instead of CBP <u>Agency</u> (MSPB Res Judicata). After a Complaint to the Florida Bar Association and Fraud Attorney; on **June 6, 2019,** 11th Appeals Court said case was close and could not be opened with an Attorney, "Failure to State Claim -NO CLAIM" in State (417cv00204-MW/CAS closed July 12, 2017 – Northern District of Florida Tallahassee), see Federal EEOC.
4. **October 12, 20149** 12 years still not restored back to employment, I filed a complaint with USERRA, as a U.S.A. Citizen, Federal Civilian-nonmilitary, Divorced, Black Female. October 25, 2019 Tampa OSC VETS# FL-2020-00005-30-N replied confirming I was not a Military Personnel. January 7, 2020, USERRA offered legal Assistance for 60 days+ (withdrew May 19, 2020)
5. **January 27, 2021** "No Claim" the U.S. Southern District of Florida – Miami 1:15-cv-24573-KMW States - dismissed and closed their case on December 21, 2015 referring to EEOC, MSPB, USCAFC, U.S. Supreme Court. **October 28, 2021 after 6 years under the Northern/Middle/Southern District of Florida** – Tallahassee Orlando/Miami 6:21-cv-96-Orl-78DCI/WWB CBP Tampa; 4:17-cv-00204-MW-CAS Tallahassee /17-13621Appeal Georgia. No Claim from Florida District Courts, and barred by MSPB Res Judicata Federal Civilian to CBP, Agency, Through EEOC – Unemployment by Failure to Restore- Unlawful Discrimination.
6. **October 20, 2020 EEOC 2022001529:** "Forward to appropriate federal agency for further action". This was the 3rd Presidential reply and related to the March 16, 2016 reply identifying CBP as Agency. (i.e. Covid-19 return to work phase)
7. **Res Judicata: December 6, 2022 EEOC 2023000701,** At EEOC Public Portal, I Pro Se, Appellant, Marsha Payton replied to the December 5, 2022 Acknowledge CBP Representative OCC confession of my

Marsha Payton Innocent again and legal eligibility and entitlement of my Federal Restoration Rights: MSPB 2005 Res Judicata and Collateral Estoppel.   Collateral Estoppel is Stay with Employer, in this case CBP.  Stop the Civil harassment.  CBP tried to restore me until 2011, after that it had to be a Court Ordered for benefit entitlement of the Competitive Service, TSP, CSRS retirement, pay adjustments, promotions, reassignment, awards, etc.

8. **CBP Employer**:  CBP Miami, Agency SF-50s September 15, 2004 (removal/fraudulent removal) Marsha Payton, Management Program Specialist, (Admin), GS-301-12; Non-Bargaining, Tenure 1, CSRS Retirement) and **February 4, 2022**, U.S. Merit System Protection Board Court Transcripts of the Res Judicata hearing AT-0752-05-0043-i-1 January 13, 2005 were provided in prior EEOC Court Cases.  Acknowledgement proving  Innocence Marsha Payton v. DHS Customs and Border Protection, Agency (see OCC Jan 19, 2005 letter)

**FAILURE TO RESTORE TO FEDERAL CIVILIAN CBP, AGENCY AND  UNLAWFUL DISCRIMINATION**

**OCC v. Middle District of FL-Orlando**: February 2021 Case Management Report required meeting in Middle District Jurisdiction. OCC Attorney (Ms. Church) warned me not to enter the Premises of CBP. I, Marsha Payton visited Tampa CBP Agency as customer, but was not able to enter as employee.
**OCC v. Northern District of FL- Tallahassee**:  May – July 2017 OCC asked the Districts Office Attorney to Submit a SF-52 for my return to CBP employer, when I address OCC in my Res Judicata. I am not a District employee.
**OCC v. Southern District of FL- Miami:**  December 2015 Unable to address OCC through the Southern District Miami office, I was unable to Return to CBP.  Southern District of Miami warned not to return to the District office. (EEO)

**29 CFR 1614:**   The U.S. Equal Employment Opportunity Commission (EEOC) is responsible for enforcing federal laws that make it illegal to discriminate against a job applicant or an employee because of the person's race, color, religion/Marital Status, sex (including pregnancy and related conditions, gender identity, and sexual orientation/sexual harassment), age, national Origin, disability, Retaliation (prior EEO/EEOC involvement).  EEOC Appeal has Jurisdiction to adjudicate the U.S. Law and Enforcement– Charge of Unlawful Discrimination against CBP Agency, as they were misrepresented by their Attorneys, Office Association Chief of Counsel (OCC). However, EEOC OFO became Civil in 2023000701 as I am a Federal Civilian OPM CSRS Service.   Since the Federal District Miami EEOC case 510-2021-00195x closed on December 8, 2021, there have been 3 additional EEOC OFO Cases: 2022001529, 2023000701, and 2023001876.

    **2022001529**   OPM Acknowledgement of the Notice of Summary – OPM Data Breach Settlement and its Contractors Pro Se Statement (s) submitted dated January 20, 2022, August 25, 2022 (OPM Notice reply) and October 4, 2022 (Pro Se Funds – Quasi- Attorney)      (Cyber Breach)

    **2023000701**   SF – 52 provided and OFO acknowledgement of me being a Federal civilian, but Civil again Statement (s) dated November 8, 2022, December 6, 2022   former **EEOC OFO 202000324**
    **2023001876**   DHS CRCL – Civil Rights Violation - did not reply in their 15 day, however MSPB responded February 10, 2022 – Res Judicata innocent Marsha Payton. Pro Se Statement (s) dated February 8, 2022, February 23, 2022 **EEOC OFO 2020004009** Type of Service – Investigation /Complaint

OPM Data Breach Civil Case and EEOC OFO 2022001529:  **August 2022** the U.S. OPM acknowledged a "Notice of Summary- Data Breach Settlement" to their Civil complainant, opposition, or participants against the Federal Government.   "*The lawsuit is about the data breaches of the U.S. Office of Personnel Management ("OPM") in 2014 and 2015 and its security contractor in 2013 and 2014 that allegedly compromised personal information of then-current and former federal government employees and contractors, as well as certain applicants for federal employment. October 14, 2022 was the OPM Hearing. November 3, 2022 the U.S. EEOC OFO dismissed my, Marsha Payton's EEOC case No. #2022001529, Payton v. DHS CBP due to OPM's acknowledgement. Financial claims, reimbursements, receipts, and application for personal out of pocket expenses."* December 23, 2022 was the deadline for claim submissions to the U.S. OPM Data Breach Settlement and Its Contractors (info@OPMDataBreach.com) for any person or group to file their Application to the Claims Administrator Portland, Oregon.

**August 28-31, 2022,** In all of my Federal Civilian (approx. 70 Non Frivolous as Pro Se) Cases I made an effort to return back to CBP, Agency at one CBP location or another. Prior to being Civil CBP tried to restore me back from January 13, 2005 through August 18, 2011 but OCC kept stating other Civil problems to CBP unjustly. August 29, 2022, I visited the Miami Dade Police Department as My background investigation for federal Law Enforcement was cleared. Also, I visited the District/Southern District of Florida Miami, my employer was CBP. I, Pro Se, Appellant, Marsha Payton returned to my Federal Employer DHS, Customs and Border Protection (CBP) at the



$9.65
Origin: 32176
04/10/23
1169510637-21

PRIORITY MAIL®

0 Lb 5.20 Oz
RDC 04

EXPECTED DELIVERY DAY: 04/12/23

C075

SHIP TO:
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128-1805

USPS TRACKING® #



9505 5158 5757 3100 9909 43



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM: Marsha Payton
1957 Charleston Harseway
#7203
Holly Hill, Florida 32117



U.S.M.S.
INSPECTED
BY:_____

TO: Southern District of Florida-
District Court Hous, Miami'.
400 N. Miami Avenue
Miami, Florida 32
33128

■ Expected delivery
■ Domestic shipment
■ USPS Tracking® se
■ Limited internationa
■ When used internat

*Insurance does not cover
Domestic Mail Manual at h
** See International Mail M

FLAT RAT
ONE RATE ■ ANY

TRACKED